UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**VERONICA BRAGG,**

        Plaintiff,

vs.

**TWIN CITIES AREA TRANSPORTATION AUTHORITY**,

        Defendant.

Case No. 22-cv-00445

Hon. Paul L. Maloney

_____/

| | |
|---|---|
| Jack W. Schulz (P78078) | Matthew S. Derby (P40751) |
| SCHULZ LAW PLC | Dennis K. Egan (P29116) |
| PO Box 44855 | Mowitt S. Drew, III (P60525) |
| Detroit, MI 48244 | KOTZ SANGSTER WYSOCKI, P.C. |
| (313) 246-3590 | 811 Ship St., Suite 301 |
| jackwschulz@gmail.com | St. Joseph, Michigan 49085 |
| *Attorney for Plaintiff* | mderby@kotzsangster.com |
| | degan@kotzsangster.com |
| | mdrew@kotzsangster.com |
| | *Attorneys for the Defendant* |

_____/

## STIPULATED ORDER FOR DISMISSAL OF CASE WITH PREJUDICE

This matter having come before the Court on this Stipulated Order for Dismissal of Case With Prejudice in its entirety and without award of costs, sanctions or attorney fees to any party due to settlement of the case between the parties;

IT IS HEREBY ORDERED that the above captioned case is dismissed in its entirety with prejudice and without award of costs, sanctions or attorney fees to any party.

Dated: __January 13, 2023__          __/s/ Paul L. Maloney_____
                                                        HON. PAUL L. MALONEY

Stipulated as to form and content:

/s/ Jack W. Schultz
Jack W. Schulz (P78078)
SCHULZ LAW PLC
PO Box 44855
Detroit, MI 48244
(313) 246-3590
jackwschulz@gmail.com
Attorney for Plaintiff

/s/ Matthew S. Derby
Matthew S. Derby (P40751)
Dennis K. Egan (P29116)
Mowitt S. Drew, III (P60525)
KOTZ SANGSTER WYSOCKI, P.C.
811 Ship St., Suite 301
St. Joseph, Michigan 49085
mderby@kotzsangster.com
degan@kotzsangster.com
mdrew@kotzsangster.com
Attorneys for the Defendant